# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| MATTHEW N. BALLARD, | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 3:23-cv-513-RGJ |
| MISSION LANE LLC, | ) |
| **Defendant.** | ) |

## AGREED ORDER OF DISMISSAL

Upon agreement of the Plaintiff, Matthew N. Ballard, and the Defendant, Mission Lane LLC, each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation be and are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

*/s/ David W. Hemminger (with permission)*
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

*/s/Reid S. Manley*
Reid S. Manley
Burr & Forman LLP - Birmingham
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Tel.: 205-251-3000
rmanley@burr.com
*Counsel for Defendant Mission Lane LLC*

Rebecca Grady Jennings, District Judge
United States District Court

January 29, 2024

52965979 v1